UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Serge E. Bayard</u>

    v.                                              Civil No. 11-cv-301-SM

<u>United States of America</u>

### O R D E R

Petitioner filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence on June 22, 2011.

Respondent shall file an answer or other pleadings on or before August 18, 2011.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

July 18, 2011

cc:   Serge E. Bayard, <u>pro</u> <u>se</u>
      Donald A. Feith, AUSA